■ MARY HEROLD et al., Appellants, v JOAN BREIKE et al., Respondents. —In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from an order of the Supreme Court, Suffolk County, dated August 9, 1972, which granted defendants' motion to vacate plaintiffs' note of issue and statement of readiness unless plaintiffs comply with certain conditions. Upon renewal of defendants' motion (in their brief) to dismiss the appeal, said motion is granted and the appeal is dismissed, with $20 costs and disbursements. The appeal is academic, the action having been dismissed by the County Clerk of Suffolk County for neglect to prosecute (CPLR 3404). Hopkins, Acting P. J., Martuscello, Cohalan, Christ and Munder, JJ., concur.

■ In the Matter of the Estate of STANLEY BROWN, Deceased. DONALD C. HAYS et al., Appellants; RICHARD V. HUTAFF et al., Respondents.—In a proceeding to settle an account of the executor of the estate of a deceased successor trustee, the appeals are from a supplemental decree of the Surrogate's Court, Nassau County, dated February 5, 1975. Supplemental decree affirmed, with $20 costs and disbursements to respondent Hutaff jointly against appellants appearing separately and filing separate briefs, on the opinion of the Surrogate dated December 10, 1974, and rendered on the motion to dismiss the answer of appellants Shline, Miller and Kingsburg. Martuscello, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur.

■ In the Matter of the Estate of WARREN M. BROWN, Deceased. JOHN M. H. SHLINE et al., Appellants; RICHARD V. HUTAFF, Respondent.—In a proceeding in which the testator's will was admitted to probate, executors appeal from an order of the Surrogate's Court, Nassau County, dated August 13, 1974, which fixed the counsel fee and disbursements of the proponent's attorney. Order affirmed, with $20 costs and disbursements to Humphrey Statter (the attorney for the proponent), payable out of the estate. In our opinion, the sum awarded as a counsel fee was reasonable and proper. Martuscello, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur.